Jared Richards, Esq.
Nevada Bar No. 11254
Scott R. Pettitt, Esq.
Nevada Bar No. 11682
CLEAR COUNSEL LAW GROUP
50 S. Stephanie Street, Suite 101
Henderson, Nevada 89102
Telephone No.: (702) 476-5900
Facsimile No.: (702) 924-0709
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NADER AMIRHOSSEINI, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, dba LOWE'S; and DOES I through X, inclusive, and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-01503-JCM-NJK<br><br>**SUBSTITUTION OF ATTORNEYS** |

The undersigned hereby agrees to JARED R. RICHARDS, ESQ. and the law firm of CLEAR COUNSEL LAW GROUP, being substituted as attorney for Plaintiff, NADER AMIRHOSSEINI, in the place and stead of MATTHEW S. DUNKLEY, and the law firm of DUNKLEY LAW.

DATED this _____ day of _____, 2017.

BY: _____
NADER AMIRHOSSEINI, Plaintiff

///

///

The undersigned hereby agrees to JARED R. RICHARDS, ESQ. and the law firm of CLEAR COUNSEL LAW GROUP, being substituted as attorney for Plaintiff, NADER AMIRHOSSEINI, in the place and stead of MATTHEW S. DUNKLEY and the law firm of DUNKLEY LAW.

DATED this 20 day of November, 2017.

BY: _____
Jared R. Richards, Esq.
Nevada Bar No. 11254
Scott R. Pettitt, Esq.
Nevada Bar No. 11682
CLEAR COUNSEL LAW GROUP
50 S. Stephanie Street, Suite 101
Las Vegas, Nevada 89012
Telephone: (702) 476-5900
Facsimile: (702) 924-0709
jared@clearcounsel.com
scott@clearcounsel.com

DATED this 11 day of Nov, 2017.

BY: _____
Matthew S. Dunkley, Esq.
Nevada Bar No. 6627
DUNKLEY LAW
2450 St. Rose Parkway, Suite 210
Henderson, Nevada 89074
Telephone: (702) 413-6565
Facsimile: (702) 570-5940
mdunkley@dunkleyinjurylaw.com

IT IS SO ORDERED.

Date: November 28, 2017

_____
UNITED STATES MAGISTRATE JUDGE