# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NADER AMIRHOSSEINI, | Case No. 2:17-cv-01503-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 21) |
| PERRY J. DAVIS, et al., | |
| Defendant(s). | |

Pending before the Court is a motion to withdraw as counsel for Plaintiff. Docket No. 21. The Court hereby **SETS** a hearing on that motion for 10:00 a.m. on May 18, 2018, in Courtroom 3A. Plaintiff shall appear in person. Plaintiff's current counsel and any newly retained counsel shall appear in person. No later than May 1, 2018, Plaintiff's current counsel shall serve Plaintiff with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than May 8, 2018.

IT IS SO ORDERED.

DATED: April 27, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge