# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NADER AMIRHOSSEINI,

    Plaintiff(s),

v.

LOWE'S HOME CENTERS, LLC,

    Defendant(s).

Case No. 2:17-cv-01503-JCM-NJK

**ORDER**

(Docket No. 34)

Pending before the Court is Plaintiff's motion for permission for electronic case filing. Docket No. 34. Pursuant to the United States District Court for the District of Nevada's Special Order No. 109, the ability to file electronically is reserved for attorneys unless the Court grants a non-attorney authorization to use CM/ECF. Plaintiff asks the Court to allow him to use the Court's CM/ECF system in order to file, access, and electronically serve documents in this case. *Id.*

For good cause shown, the Court **GRANTS** Plaintiff's motion. Docket No. 34. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

    a.    On or before September 27, 2018, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

//

//

1       b.     Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

      c.     Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

DATED: August 28, 2018

                                                _____
                                                NANCY J. KOPPE
                                                United States Magistrate Judge